AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Missouri

| | |
|---|---|
| Teamsters Local Union No. 541 Vacation-Holiday Fund, et al. | ) ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 17-19-CV-W-SRB |
| Laney Directional Drilling Co. | ) ) |
| *Defendant* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

C.T. Corporation System
Registered Agent
120 South Central Avenue
Clayton, MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arnold, Newbold, Winter & Jackson, P.C.
1100 Main Street., Suite 2001
Kansas City, Missouri 64105

Documents Served: Complaint, Summons, MAP Form

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jan 12, 2017**

Signature of Clerk or Deputy Clerk

Civil Action No. 17-19-CV-W-SRB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Laney Directional Drilling Co.
was received by me on *(date)* 1/17/17 .

☒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Bonnie Love _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System
_____ on *(date)* 1/17/17 @ 11:56 Am or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ Ø for travel and $ 75.00 for services, for a total of $ 75.00 ~~0.00~~ .


I declare under penalty of perjury that this information is true.

Date: 1/17/17 _____ _____ #256
                                    *Server's signature*

                              Robert A. Anderson
                                    *Printed name and title*


                              P.O. Box 21788 St. Louis, MO. 63109
                                    *Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

**State of MO**                    **County of ST.LOUIS**                    **Court**

Case Number: 17-19-CV-W-SRB

Plaintiff:
**TEAMSTERS LOCAL UNION NO.541 VACATION HOLIDAY FUND,ET AL.**

vs.

Defendant:
**LANEY DIRECTIONAL DRILLING CO.**

For:
ARNOLD,NEWBOLD,WINTER & JACKSON,P.C.
1125 Grand Boulevard
Suite 1600
Kansas City, MO 64106-2503

Received by A.A.A. PROCESS SERVICE, INC. to be served on **LANEY DIRECTIONAL DRILLING CO. C/O CT CORPORATION SYSTEM - REGISTERED AGENT, 120 S. CENTRAL AVE., CLAYTON, MO 63105.**

I, Robert A. Anderson License #256, being duly sworn, depose and say that on the **17th day of January, 2017** at **11:56 am, I:**

I Served the within named corporation by delivering a true copy of a **SUMMONS IN CIVIL ACTION** with the date and hour of service endorsed thereon by me to BONNIE LOVE as the INTAKE SPECIALIST of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing.

Subscribed and Sworn to before me on the 17th day
of January, 2017 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

**Robert A. Anderson License #256**
Special Process Server

**A.A.A. PROCESS SERVICE, INC.**
**P.O. Box 21788**
**St. Louis, MO 63109-0788**
**(314) 351-7979**

Our Job Serial Number: RAC-2017000070
Ref: T16-156

S. R. ANDERSON
Notary Public - Notary Seal
State of Missouri, Jefferson County
Commission # 14146162
My Commission Expires Feb 17, 2019

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r